UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 25-81155-CIV-CANNON

**SUSAN VICKNAIR** and
**LINDA UNGERLEIDER**,

    Plaintiffs,

v.

**HARTFORD INSURANCE
COMPANY OF THE MIDWEST**,

    Defendant.
_____/

### ORDER ACCEPTING REPORT AND RECOMMENDATION, GRANTING DEFENDANTS' MOTION TO DISMISS, DISMISSING COMPLAINT, AND PERMITTING FINAL REPLEADING

**THIS CAUSE** comes before the Court upon Magistrate Judge Ryon M. McCabe's Report (the "Report") [ECF No. 19], which recommends granting Defendants' Amended Motion to Dismiss (the "Motion") but allowing Plaintiffs to replead their claims via an Amended Complaint [ECF No. 11]. The Court has reviewed the Report, Plaintiffs' Objections [ECF No. 23], Defendant's Response to Plaintiffs' Objections [ECF No. 26], Defendant's Motion and related briefing [ECF Nos. 11, 13, 14], Plaintiffs' Complaint [ECF No. 1-1], and the full record. Upon review, the Report is **ACCEPTED**; Defendant's Motion to Dismiss is **GRANTED**; and Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE** with **one final opportunity** to replead as indicated below.

### DISCUSSION

Plaintiffs' one-sentence "objection" fails to sufficiently object to the Report [*see* ECF No. 23]. All it says is that "Plaintiffs hereby give notice that they object to the Report and Recommendation [DE 19]," without any factual or legal support for any purported objection. This

is clearly insufficient to raise a valid objection to a report and recommendation. Indeed, "[p]arties filing objections to a magistrate's report and recommendation must specifically identify those findings objected to," and "[f]rivolous, conclusive, or general objections need not be considered by the district court." *Marsden v. Moore*, 847 F.2d 1536, 1548 (11th Cir. 1988). As such—and finding no clear error on the face of the record—the Court accepts the Report. *See, e.g.*, *Hernandez v. United States*, 771 F. Supp. 3d 1306, 1312 (S.D. Fla. 2025) ("If a party fails to object to parts of the report, the Court may accept the recommendation so long as there is no clear error on the face of the record." (citing *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006)).

## CONCLUSION

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 19] is **ACCEPTED**.
2. Defendant's Amended Motion to Dismiss [ECF No. 11] is **GRANTED**.
3. Plaintiffs' Complaint [ECF No. 1-1] is **DISMISSED WITHOUT PREJUDICE**.
4. Plaintiffs are afforded **one final opportunity** to replead their claim, but any such Amended Complaint is due no later than **February 9**, **2026**, and must account for the standing deficiencies identified in the Report and in Defendants' Motion.
5. Failure to replead by the above deadline will result in an order closing this case without further notice.

**ORDERED** in Chambers at Fort Pierce, Florida, this 29th day of January 2026.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record